SOKOL BROS. FURNITURE CO. v. W. A. HINTON.
6 Div. 53.

Court of Appeals of Alabama.
Oct. 6, 1936.

Patrick & Appelbaum, of Birmingham, for appellant.

John W. Altman and Altman, Parson & Abele, all of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed by agreement.